# Exhibit A



# NCLC
NATIONAL CONSUMER LAW CENTER

# Consumer Complaints about Debt Collection:
## Analysis of Unpublished Data from the FTC

© Copyright 2019, National Consumer Law Center, Inc.

## APPENDIX B

### COMPANIES WITH THE MOST DEBT COLLECTION COMPLAINTS IN 2017

| RANK | COMPANY NAME | COMPLAINTS |
|---|---|---|
| 1 | Enhanced Recovery Corporation | 13,354 |
| 2 | Portfolio Recovery Associates | 12,237 |
| 3 | Credit One Bank | 11,750 |
| 4 | Diversified Consultants | 7,618 |
| 5 | Comenity Bank | 7,086 |
| 6 | I. C. System, Inc. | 7,051 |
| 7 | Receivables Performance Management | 6,804 |
| 8 | Transworld Systems Inc. | 6,122 |
| 9 | Allied Interstate, LLC | 5,797 |
| 10 | Midland Credit Management | 4,814 |
| 11 | Convergent Outsourcing, Inc. | 4,282 |
| 12 | Capital One Bank | 3,939 |
| 13 | Medicredit | 3,641 |
| 14 | Credit Collection Services | 3,587 |
| 15 | Navient Corporation | 3,402 |
| 16 | Chase Bank | 3,335 |
| 17 | Credit Acceptance | 2,961 |
| 18 | Citibank | 2,780 |
| 19 | Credit Management Services | 2,646 |
| 20 | ACE Cash Express | 2,585 |
| 21 | Fingerhut | 2,565 |
| 22 | Synchrony Bank | 2,448 |
| 23 | Quicken Loans | 2,375 |
| 24 | The CCS Companies | 2,142 |

| RANK | COMPANY NAME | COMPLAINTS |
|---|---|---|
| 25 | Wells Fargo Bank | 2,080 |
| 26 | Enhanced Resource Centers | 1,977 |
| 27 | EOS CCA | 1,975 |
| 28 | Afni Inc. | 1,967 |
| 29 | Southwest Credit Systems LP | 1,843 |
| 30 | Central Credit Services, LLC | 1,832 |
| 31 | EGS Financial Care, Inc. | 1,788 |
| 32 | National Credit Adjusters | 1,718 |
| 33 | Wal-Mart | 1,592 |
| 34 | Conns Home Plus | 1,541 |
| 35 | ERC | 1,508 |
| 36 | Progressive Leasing | 1,500 |
| 37 | Hunter Warfield | 1,484 |
| 38 | Credence Resource Management, LLC | 1,458 |
| 39 | Aargon Agency, Inc. | 1,375 |
| 40 | Enterprise Recovery Systems, Inc. | 1,303 |
| 41 | PayPal Holdings, Inc. | 1,289 |
| 42 | CBE Group Inc. | 1,273 |
| 43 | Commonwealth Financial Systems, Inc. | 1,266 |
| 44 | Santander Bank | 1,254 |
| 45 | Rent-A-Center | 1,220 |
| 46 | Ad Astra Recovery Service Inc. | 1,170 |
| 47 | Contract Callers Inc. | 1,153 |
| 48 | American Medical Collection | 1,150 |
| 49 | CashNetUSA | 1,075 |
| 50 | MyRentToOwn | 1,048 |

*Source*: Data produced to NCLC by the FTC on July 23, 2018 in response to a Freedom of Information Act request.